UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JIMMY TEAGUE                                                                                      PLAINTIFF

v.                                         No. 2:19-CV-02022

GEORGIA PACIFIC                                                                                 DEFENDANT

## ORDER

Before the Court is Defendant Georgia-Pacific Consumer Operations LLC's ("Georgia Pacific") motion (Doc. 10) to dismiss in part and brief in support (Doc. 11). Plaintiff Jimmy Teague filed a response (Doc. 14). Pursuant to Federal Rule of Civil Procedure 12(b)(6), Georgia Pacific seeks dismissal of Teague's Title VII and ADEA retaliation and hostile work environment claims, as well as, his discrimination and retaliation claims under the Arkansas Civil Rights Act. (Doc. 10). Teague has no objection to the dismissal of these claims. (Doc. 14). The only claim that will remain pending is Teague's age discrimination claim under the ADEA.

IT IS THEREFORE ORDERED that Georgia Pacific's partial motion to dismiss (Doc. 10) is GRANTED. Teague's claims for retaliation under Title VII and the ADEA, hostile work environment under Title VII and the ADEA, and discrimination and retaliation under the Arkansas Civil Rights Act are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of April, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE